**Order entered September 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00244-CR

**REGINALD FITZGERALD BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F06-85756-L**

## ORDER

The Court **REINSTATES** the appeal.

On August 23, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On September 5, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the August 23, 2013 order requiring findings.

We **GRANT** the September 5, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
          JUSTICE